UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARY ANN CAMARDA,

             Plaintiff,

    - against -

CITY OF NEW YORK, RAYMOND KELLY, in
his official capacity, CAPTAIN ELWOOD J.
SELOVER, LIEUTENANT MICHAEL
SCHAEFER, SERGEANT HERBERT MAI,
SERGEANT CHESTER O'LEARY, SERGEANT
ANDREY SMIRNOV, SERGEANT ROBERT
CRITELLI, SERGEANT RALPH MILONE,
SERGEANT CLARK BEIN-AIME, in their
individual and official capacities,

             Defendants.
-------------------------------------------------------------X

**JUDGMENT**
11-CV-2629 (RRM) (VMS)

      A Memorandum and Order of the undersigned having been issued this day granting defendants' motion for summary judgment and ordering that all claims brought by plaintiff as against defendants be dismissed with prejudice, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

      ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; and that all claims brought by plaintiff as against defendants are dismissed with prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
       September 16, 2015

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge